THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PRODUCTS, INC.,

    Plaintiff,

v.

JOHN DOES 1-5, one doing business as ToGames, one using tradename Cimiva,

    Defendants.

Case No.: 2:17-cv-00760 RAJ

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR STAY PENDING SERVICE

THIS MATTER came before the Court on Plaintiff's *Ex Parte* Motion for Stay Pending Service. Dkt. # 7. Plaintiff moves this Court for an order temporarily staying all proceedings pending service on defendant in China. The Court has reviewed Plaintiff's Motion and the pleadings and files of record, the Court being fully advised and good cause has been shown, NOW THEREFORE,

IT IS HEREBY ORDERED:

1.     Plaintiff's *Ex Parte* Motion for Stay Pending Service is GRANTED

2.     This matter is Stayed for 180 days.

3.     The Clerk's office is directed to terminate all hearings.

[~~PROPOSED~~] ORDER - 1

4. Plaintiff is directed to note its Motion to Lift stay as soon as the defendant is served.

IT IS SO ORDERED.

DATED this 16th day of August, 2017.

_____
The Honorable Richard A. Jones
United States District Judge